# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shell Oil Co.    v.    United States

No.    2017-1695

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    United States
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Stephen C. Tosini |
| Law Firm: | U.S. Dept. of Justice, Civil Division, Commercial Litigation Branch |
| Address: | PO Box 480. Ben Franklin Station |
| City, State and Zip: | Washington, DC 20044 |
| Telephone: | 202.616.5196 |
| Fax #: | 202.514.7969 |
| E-mail address: | stephen.tosini@usdoj.gov |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   Mar 10, 2017    Signature of pro se or counsel   /s/ Stephen C. Tosini

cc:    Michael J. Kirk, Esq.

Reset Fields

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this <u>10th</u> day of <u>March</u>, <u>2017</u>, a copy of the foregoing <u>Entry of Appearance</u> was filed electronically.

☑ This filing was served electronically to all parties by operation of the Court's electronic filing system.

<u>/s/ Stephen C. Tosini</u>

☐ A copy of this filing was served via:

    ☐ hand delivery

    ☐ mail

    ☐ third-party commercial carrier for delivery within 3 days

    ☐ electronic means, with the written consent of the party being served

To the following address:

_____