# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shell Oil Company    v.    United States

No. 17-1695

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: see attachment

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Michael W. Kirk |
| Law Firm: | Cooper & Kirk, PLLC |
| Address: | 1523 New Hampshire Avenue, N.W. |
| City, State and Zip: | Washington, D.C. 20036 |
| Telephone: | 202-220-9600 |
| Fax #: | 202-220-9601 |
| E-mail address: | mkirk@cooperkirk.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/27/1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: Mar 14, 2017    Signature of pro se or counsel: /s/ Michael W. Kirk

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

*Shell Oil Co. v. United States*

Case No. 17-1695

## ATTACHMENT TO APPELLEES' ENTRY OF APPEARANCE

**List of Named Parties Represented:**

Pursuant to Federal Circuit Rule 47.3, appellees provide the following list of every named party represented in the case:

1. Shell Oil Company
2. Atlantic Richfield Company
3. Texaco Inc.
4. Union Oil Company of California

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  March 14, 2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Michael W. Kirk | /s/ Michael W. Kirk |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Cooper & Kirk, PLLC |
| Address | 1523 New Hampshire Avenue, N.W. |
| City, State, Zip | Washington, D.C. 20036 |
| Telephone Number | (202) 220-9600 |
| Fax Number | (202) 220-9601 |
| E-Mail Address | mkirk@cooperkirk.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields